

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2024

*Law Offices of*
# SUSAN CHANA LASK

*244 Fifth Avenue, Suite 2369*
*New York, N.Y.  10001*

(917) 300-1958          www.appellate-brief.com

By **Monday, July 1, 2024**, the parties shall file a joint letter updating the Court on the status of mediation.  In light of the parties' ongoing efforts to resolve this matter, Defendants' motion to dismiss is hereby denied without prejudice to refiling following the conclusion of mediation if a settlement is not consummated. The Clerk of Court is directed to terminate ECF No. 24.  SO ORDERED.

VIA ECF

May 17, 2024

Hon. Jennifer H Rearden
Daniel Patrick Moynihan-United States Courthouse
500 Pearl St., Rm 1010
New York, NY 10007

*[signature]*
Jennifer H. Rearden, U.S.D.J.
Dated: May 28, 2024

Re: No Paw v ACC, # 23-08906

Dear Judge Rearden:

This office represents Plaintiffs in the above captioned matter.  I write to (a) update the court on mediation and (b) with the consent of all counsel, to inform that Defendants' recent motion to dismiss date to oppose is corrected from May 29 to August 23, 2024.

First, with respect to mediation, as of May 16, 2024, all parties have met with the mediator, Ms. Ask, and completed their initial discussions with her.  Ms. Ash will be conducting another round of discussions with all parties at a time in the near future (I suspect by next week or so). Ms. Ash is aware of the recently filed Motion to Dismiss and informed she is continuing mediation. I will keep the court apprised as to the status of mediation in the next 30-days.

Next, Defendants Motion to Dismiss listed a May 29 date to oppose that all parties consent should be corrected to August 23, 2024 for several reasons, including the ongoing mediation.

Kindly *So Order* this letter in regards to noticing the Motion to Dismiss with an opposition due date of August 23 and any reply seven days thereafter.

Thank you for your time in this matter.

Very truly yours,
**LAW OFFICES OF SUSAN CHANA LASK**

/s Susan Chana Lask

**SUSAN CHANA LASK**