


ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.3400 TEL
212.687.2329 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
212.338.3497
mjayne@foley.com

February 3, 2025

**VIA ECF**
The Honorable Jennifer H. Rearden
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl St., Rm 1010
New York, NY 10007

> Application DENIED as moot. As the "Reply that was filed contain[ed] attorney commentary that is protected by the work product doctrine," see ECF No. 50, the PDF has been removed.
>
> The Clerk of Court is directed to terminate ECF No. 50.
>
> SO ORDERED.
>
> Jennifer H. Rearden, U.S.D.J.
> Dated: February 5, 2025

**Re:** *No Paw Left Behind Animal Rescue, Corp., et al. v. Animal Care and Control of New York City, Inc. dba Animal Care Center of NYC Relief, et al.*, Case No. 23-08906

Dear Judge Rearden:

I represent Defendants Animal Care Centers of NYC, incorrectly named as "Animal Care and Control of New York City, Inc." ("ACC"), and Risa Weinstock in the above-captioned matter. Per Rule 21.7 of the Electronic Case Filing Rules and Instructions of the United States District Court for Southern District of New York, Defendants request that Defendants' Reply Memorandum of Law in Further Support of their Motion to Dismiss ("Reply") (ECF 48) be kept under seal and available for viewing *Ex Parte*. The Reply that was filed contains attorney commentary that is protected by the work product doctrine as explained in further detail in the Declaration of Marcella M. Jayne attached hereto. A corrected version of Defendants' Reply that does not contain the attorney commentary has been filed with the Court. (*See* ECF 49).

Thus, Defendants respectfully request that the Court enter an order approving this request to seal Defendants' Reply, ECF 48.

Respectfully submitted,

*/s/ Marcella M. Jayne*
Marcella M. Jayne, Esq.

cc: All counsel of record (via ECF)

AUSTIN         DETROIT        MEXICO CITY    SACRAMENTO     TALLAHASSEE
BOSTON         HOUSTON        MIAMI          SALT LAKE CITY TAMPA
CHICAGO        JACKSONVILLE   MILWAUKEE      SAN DIEGO      WASHINGTON, D.C.
DALLAS         LOS ANGELES    NEW YORK       SAN FRANCISCO  BRUSSELS
DENVER         MADISON        ORLANDO        SILICON VALLEY TOKYO